**Howard Edward HALEY,**
**Plaintiff–Appellant,**

v.

**Doctor Benjamin ULEP, M.D.,**
**Defendant–Appellee,**

and

**Virginia Department of Corrections, E.T.A.L.; Eddie L. Pearson, Warden; Medical Administration, E.T.A.L., Defendants.**

**No. 02–6349.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

Howard Edward Haley, Appellant Pro Se.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Howard Edward Haley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Haley v. Ulep,* No. CA–01–259–2 (E.D.Va. Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*